# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH HODGES, | Case No. 1:07-cv-1169 LJO NEW (TAG) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT A NEW APPLICATION |
| v. | FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| HOLIDAY INN SELECT, | |
| Defendant. | |
| _____/ | |

On August 15, 2007, Plaintiff Brian Keith Hodges ("Plaintiff"), a non-prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). Plaintiff simultaneously filed a motion to proceed in forma pauperis ("IFP application"). (Doc. 2). Plaintiff's IFP application, however, is devoid of any information regarding his income or assets from which this Court could ascertain whether he satisfies the requirements for leave to proceed IFP. (Id.). This Court requires Plaintiff to submit a new, signed IFP application that contains his responses to all of the questions.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Clerk of Court is DIRECTED to send Plaintiff an Application to Proceed without Prepayment of Fees and Affidavit; and

2.     Plaintiff is ORDERED to file the new Application, with all of the required information, including his signature, on or before September 5, 2007.


IT IS SO ORDERED.

Dated: __August 16, 2007__                  __/s/ Theresa A. Goldner__
_____                                UNITED STATES MAGISTRATE JUDGE