UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH HODGES,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLIDAY INN SELECT,<br><br>        Defendant.<br>_____/ | 1:07-cv-01169 LJO NEW (TAG)<br><br>**ORDER VACATING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** (Doc. 4) |

    Due to administrative error, the Order Granting Plaintiff's Application to Proceed In Forma Pauperis, filed August 22, 2007 (Doc. 4), is hereby VACATED.

IT IS SO ORDERED.

**Dated:   August 31, 2007**                    /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE