# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH HODGES, | No. 07-cv-1169 OWW TAG |
| Plaintiff, | ORDER VACATING ORDER DIRECTING UNITED STATES MARSHAL TO SERVE COMPLAINT |
| vs. | |
| HOLIDAY INN SELECT, | (Doc. 13) |
| Defendant. | |

On August 13, 2007, Plaintiff Brian Keith Hodges ("Plaintiff"), a non-prisoner proceeding pro se, filed a civil rights complaint in this action. 42 U.S.C. § 1983. (Doc. 1). On September 20, 2007, the Court issued an order directing the United States Marshal to serve the complaint on Defendant, Holiday Inn Select. (Docs. 8, 13). The docket does not reflect that the complaint has been served by the United States Marshal. However, on February 26, 2008, Plaintiff filed a first amended complaint. (Doc. 16). Plaintiff's first amended complaint supercedes his original complaint, and thereby moots the Court's order directing service of the original complaint.

Accordingly, the Court makes the following orders:

1. The Court's order directing the United States Marshal to serve the complaint (Doc. 13) is VACATED as MOOT; and

2. The Clerk of Court is directed to serve a copy of this order on the United States Marshal forthwith.

IT IS SO ORDERED.

Dated:   **April 28, 2008**                             /s/ Theresa A. Goldner
                                                                            UNITED STATES MAGISTRATE JUDGE