IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH HODGES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLIDAY INN SELECT,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:07-cv-1169 OWW TAG<br><br>ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT<br>(Doc. 20) |

　　　On August 13, 2007, Plaintiff Brian Keith Hodges ("Plaintiff"), a non-prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. On August 31, 2007, Plaintiff was granted leave to proceed in forma pauperis.[1] (Doc. 8). On February 26, 2008, Plaintiff filed a first amended complaint. (Doc. 16).

　　　On May 1, 2008, the Magistrate Judge screened Plaintiff's first amended complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B). Upon finding that the first amended complaint failed to state a claim that the defendant was acting under color of state law when it allegedly violated Plaintiff's constitutional rights, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's first amended complaint be dismissed with prejudice. (Doc. 20).

---

[1] On December 20, 2007, Defendant, Holiday Inn Select ("Defendant"), filed a Notice of Related Cases, informing the Court that this matter, originally styled as Case No. 07-cv-1169-LJO-TAG, Case No. 07-cv-0615-OWW-TAG (David Alexander Hodges v. Holiday Inn Select), and Case No. 07-cv-0616-OWW-TAG (Daniel v. Holiday Inn Select), contained identical allegations of fact and involved the same legal issues. (Doc. 14). On December 27, 2007, United States District Judge Lawrence J. O'Neill ordered that the three cases be related and assigned to Senior United States District Judge Oliver W. Wanger under Case No. 07-cv-1169-OWW-TAG. (Doc. 15). In January 2008, Judge Wanger granted the defendant's Motions to Dismiss in Nos. 07-cv-0615-OWW-TAG and 07-cv-0616-OWW-TAG. (Id.; see Dkt. 07-cv-0615, Docs. 16, 26; Dkt. 07-cv-0616, Docs. 16, 27).

On May 19, 2008, Plaintiff objected to the Findings and Recommendations, contending that joint action between the defendant and the police, who acted under color of state law, rendered the defendant a state actor.  (Doc. 21).  Plaintiff's "joint-action" argument is insufficient in this instance to categorize the defendant as a state actor for purposes of § 1983 for the reasons set forth in the Findings and Recommendations.  (Doc. 20).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations filed on May 1, 2008, are supported by the record and by the Magistrate Judge's analysis.  The Court has previously dismissed two cases involving the same circumstances.  The Court concludes that further amendment, after leave to amend has previously been granted, will be futile.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations (Doc. 20), filed May 1, 2008, are ADOPTED IN FULL; and

2.  This action is DISMISSED with prejudice; and

3.  Judgment BE ENTERED for Defendant Holiday Inn Select and against Plaintiff Brian Keith Hodges; and

4.  The Clerk of the Court is DIRECTED to close this case

IT IS SO ORDERED.

**Dated:   June 14, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE